

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00011-CR

_____

FERNANDO ZAMORA, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court No. 1432653D

---

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

## MEMORANDUM OPINION

Appellant Fernando Zamora attempts to appeal the trial court's alleged denial of his request for a free copy of the appellate record to prepare a postconviction writ of habeas corpus. On July 12, 2018, we issued our opinion and judgment in Zamora's direct appeal affirming his conviction. *See Zamora v. State*, No. 02-17-00240-CR, 2018 WL 3385523, at *1 (Tex. App.—Fort Worth July 12, 2018, pet. ref'd) (mem. op., not designated for publication). The Court of Criminal Appeals refused Zamora's petition for discretionary review, and we issued our mandate on June 17, 2020. Zamora filed the notice of appeal at issue on January 26, 2021.

On January 28, 2021, we notified Zamora that we questioned our jurisdiction over his attempted appeal because the trial court had not entered an appealable order. *See* Tex. R. App. P. 26.2(a)(1); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam); *see also Self v. State*, 122 S.W.3d 294, 294–95 (Tex. App.—Eastland 2003, no pet.) (holding appellate court has no jurisdiction over appeal from trial court's order denying request for a copy of appellate record unless order is entered in conjunction with appeal over which court has jurisdiction). We informed Zamora that unless he filed a response showing grounds to continue his appeal, we could dismiss it. *See* Tex. R. App. P. 44.3. Zamora did not respond. Accordingly, we dismiss his appeal from want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Franklin v. State*, No. 02-19-00340-CR, 2019 WL 5996994, at *1 (Tex. App.—Fort Worth Nov. 14, 2019, no pet.) (mem. op., not designated for publication).

/s/ Brian Walker

Brian Walker
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  March 4, 2021

3